MONAHAN, Respondent, v. THOMPSON-STARRETT CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Michael Mona-

han against the Thompson-Starrett Company, impleaded with the Wells & Newton Company. . PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.